IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | |
| ) | 13-04200PO-001-PCT-MEA |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| Carol Alexandra Peterson, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The defendant appeared in court and admitted to violating her conditions of unsupervised probation as alleged in Paragraph A of the Petition to Revoke Unsupervised Probation.

IT IS ORDERED terminating the defendant's unsupervised probation as unsuccessfully completed.

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons for the term of **TWENTY (20) DAYS**, with credit for time served.

IT IS FURTHER ORDERED that defendant's sentence shall run concurrently with the sentence imposed regarding Citation FAGT001F in case 15-04039PO-001-PCT-MEA.

DATED this 12th day of February, 2015.

_____
Mark E. Aspey
United States Magistrate Judge